1
2
3
4      IN THE **UNITED STATES DISTRICT COURT**
5      **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
       **SAN FRANCISCO DIVISION**
6
7      **United States of America,**                )  **CASE: CR 11-00649-1 RS**
                                                     )
8                                    **Plaintiff,**  )  ~~PROPOSED~~ **ORDER CONTINUING**
                                                     )  **SENTENCING**
9
10     **vs.**                                       )
                                                     )
11     **VICTOR BUMANGLAG**                          )
                                                     )
12                                   **Defendant.**  )
                                                     )
13
14          Based upon the above stipulation of the parties, and for good cause shown, THE COURT

15     ORDERS THAT the sentencing hearing in the above-referenced matter shall be continued to April 17,

16     2012, at 2:30 p.m.

17
18
19     **Dated:**   1/23/12     _____
20                             **THE HONORABLE RICHARD SEEBORG**
                               **UNITED STATES DISTRICT COURT JUDGE**
21
22
23
24
25
26
27
28                                          3